COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        CEVA Logistics U.S., Inc. and CEVA Freight, LLC v. Acme Truck Line, Inc.

Appellate case number:   01-16-00482-CV

Trial court case number:  2010-39403

Trial court:                      129th District Court of Harris County


Appellants, CEVA Logistics U.S., Inc. and CEVA Freight, LLC, have filed a motion asking the Court "to include the Clerk's Record filed in Case No. 01-15-00314-CV in the record" of the appeal in No. 01-16-00482-CV.  We **grant** the motion and direct the Clerk of this Court to copy the clerk's record filed in this Court on June 25, 2015, in No. 01-15-00314-CV, *CEVA Logistics U.S., Inc. and CEVA Freight, LLC v. Acme Truck Line, Inc.*, and file the copy in No. 01-16-00482-CV.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                              ☑ Acting individually        ☐ Acting for the Court


Date: July 14, 2016